BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUN 13 2019

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL ROBERT GORLEY, <br><br> Defendant. | Case No. CR 19-0202-S DCN <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 2251(a), (e) <br> 18 U.S.C. § 2252A(a)(2)(A), (b)(1) <br> 18 U.S.C. § 2253 <br> 18 U.S.C. § 2256(8)(A) |

The Grand Jury charges:

## COUNT ONE

**Sexual Exploitation of Children**
**18 U.S.C. § 2251(a)**

On or about between June 3 and June 4, 2019, in the District of Idaho, the defendant, MICHAEL ROBERT GORLEY, did unlawfully and knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, for the purpose of producing visual depictions of such conduct, using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and did

**INDICTMENT** - 1

actually transport and transmit such depiction using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce, to wit: by producing images of "Minor Victim 1," a minor four years of age, engaged in sexually explicit conduct, using a Samsung Galaxy S9+ cellular phone, model SM-G965U, IMEI number 354641090963409, serial number R38K30929ZF, bearing a manufacturer's trade label "Manufactured in Korea," and transmitting such images via the internet, all in violation of Title 18, United States Code, Section 2251(a), (e).

### COUNT TWO

**Distribution of Child Pornography**
**18 U.S.C. §§ 2252A(a)(2)(A), 2256(8)(A)**

On or about between June 3 and 4, 2019, in the District of Idaho, the defendant, MICHAEL ROBERT GORLEY, using the internet, a facility and means of interstate and foreign commerce, did unlawfully and knowingly distribute child pornography, using any means and facility of interstate and foreign commerce, and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: by distributing images of "Minor Victim 1," a minor four years of age, through Kik Messenger, using the Internet, a facility of interstate commerce, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A), (b)(1) and 2256(8)(A).

### CRIMINAL FORFEITURE ALLEGATION

**Criminal Forfeiture**
**18 U.S.C. § 2253**

Upon conviction of the offenses alleged in Counts One, and Two of this Indictment, the defendant, MICHAEL ROBERT GORLEY, shall forfeit to the United States his interest in (1) any visual depiction described in 18 U.S.C. §§ 2251 and 2252A, and any matter, which contains

**INDICTMENT - 2**

any such visual depiction, which was produced, transported, mailed, shipped, or received, or attempted to be produced, transported, mailed, shipped or received in violation of 18 U.S.C. §§ 2251 and 2252A; (2) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the foregoing offense; and (3) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense; and FURTHER as described in 18 U.S.C. § 2428 the defendant shall forfeit to the United States such person's interest in – any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense; any property, real or personal, constituting or derived from proceeds traceable to such offense.

The property to be forfeited includes, but is not limited to, the following:

1. <u>Seized Property.</u>

   a. A Samsung Galaxy S9+ cellular phone, model SM-G965U, IMEI number 354641090963409, serial number R38K30929ZF, bearing a manufacturer's trade label "Manufactured in Korea."

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third person;

   c. Has been placed beyond the jurisdiction of the court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property which cannot be subdivided

**INDICTMENT - 3**

without difficulty.

Dated this 12th day of June, 2019.

                                     A TRUE BILL

                                     /s/ [signature on reverse]
                                      _____
                                     FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

JUSTIN D. WHATCOTT
Assistant United States Attorney

**INDICTMENT - 4**